## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Cincinnati Insurance Company, et al.

                    Plaintiff,

v.                                       Case No.: 1:19−cv−02853
                                       Honorable Gary Feinerman

Fresh Source International, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2019:

      MINUTE entry before the Honorable Gary Feinerman:The parties have reported that the case has settled. At their request, the status hearing set for 8/6/2019 [11] is stricken and re−set for 8/29/2019 at 9:00 a.m. If dismissal papers are filed on or before 8/28/2019, the 8/29/2019 status hearing will be stricken and the case will be closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.