**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY and CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) | Case no. 19-cv-02853 |
| v. | ) ) ) | |
| FRESH SOURCE INTERNATIONAL, INC., | ) ) | |
| Defendant. | | |

**NOTICE OF DISMISSAL OF LAWSUIT
PURSUANT TO RULE 41(A)(1)**

Plaintiffs Cincinnati Insurance Company and Cincinnati Specialty Underwriters Insurance Company (together, "Cincinnati"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby provide notice of their voluntary dismissal of this lawsuit.

1.      Plaintiffs and defendant Fresh Source International Inc. have settled this matter between them.

2.      Defendant Fresh Source International has not appeared, filed an answer, or filed a motion for summary judgment in this matter.

Dated: August 28, 2019

Respectfully submitted,

/s/ Michael P. Baniak

Hope G. Nightingale (#06184864)
Michael P. Baniak (#6299036)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, IL 60606
312-781-6614 (Nightingale)
312-781-6596
Email: nightingale@litchfieldcavo.com
Email: Baniak@litchfieldcavo.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I filed the foregoing **NOTICE OF DISMISSAL OF LAWSUIT PURSUANT TO RULE 41(A)(1)** with the Clerk of the Court using the CM/ECF system which will provide service on all counsel of record. Additionally, I electronically served the foregoing on the following recipients via email and/or U.S. Mail at the addresses indicated below:

Fresh Source International
c/o John Thomas, Esq.
John Thomas & Associates, PLLC
One Oxford Centre, 37th Floor
Pittsburgh, PA  15219
jt@thomasiplaw.com

By:/s/ Michael P. Baniak

3